IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY GERRARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-cv-00090 |
| ) | |
| NELSON REFRIGERATION, INC., ) | Judge Haynes |
| ) | |
| Defendant. ) | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Timothy Gerrard and Defendant Nelson Refrigeration, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, have reached a settlement of Plaintiff's claims, and hereby stipulate to the dismissal of this action with prejudice, as evidenced by the signatures below.

IT IS ACCORDINGLY ORDERED that the above-captioned matter shall be dismissed with prejudice.

ENTERED this _____ day of _____ 2012.

_____
United States District Judge

SUBMITTED FOR ENTRY BY:

| | |
|---|---|
| s/ Nina Parsley | s/ Jessica Patrick |
| Nina Parsley, [BPR No. 23818] | William S. Rutchow, [BPR No. 017183] |
| Michael D. Ponce & Associates | Jessica Patrick, [BPR No. 028039] |
| 1000 Jackson Road, Suite 225 | Ogletree, Deakins, Nash, Smoak & |
| Goodlettsville, TN 37072 | Stewart, P.C. |
| nina@poncelaw.com | SunTrust Plaza, Suite 1200 |
| (615) 851-1776 | 401 Commerce Street |
| *Attorneys for the Plaintiff* | Nashville, TN 37219 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify, in accordance with Local Rule 5.03(b), served upon William Rutchow and Jessica Patrick filing users, through the Court's Electronic Filing System at the electronic address listed below.

William S. Rutchow, Esq.
Jessica Patrick, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219

Bill.rutchow@ogletreedeakins.com
Jessica.Patrick@ogletreedeakins.com

On this the 10th day of December, 2012.

                                        s/Nina Parsley
                                         Nina Parsley